H. W. FULLER, Appellant, v. PARIS–MOUNTAIN CÆSAR'S HEAD CO., Appellee.

Circuit Court of Appeals, Fourth Circuit.
July 31, 1928.

No. 2778.

Appeal from the District Court of the United States for the Western District of South Carolina, at Greenville.

Bomar & Osborne, of Spartanburg, S. C., for appellant.

Haynsworth & Haynsworth, of Greenville, S. C., for appellee.

PER CURIAM. Case dismissed, under rule 20, per agreement of attorneys.

---

2

GEORGE KILGEN & SON, Inc., v. Daniel J. KULASCEWICZ.

Circuit Court of Appeals, Sixth Circuit.
February 7, 1928.

No. 5101.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

See, also, 16 F.(2d) 940.

McKinley & Price, of Chicago, Ill., for plaintiff in error.

Jones & Patek, of Ironwood, Mich., for defendant in error.

PER CURIAM. Dismissed on a showing of satisfaction of judgment.

---

3

GLOBE INDEMNITY COMPANY v. UNION & PLANTERS' BANK & TRUST COMPANY.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1928.

No. 5019.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

See, also, 27 F.(2d) 496.

Robert I. Moore, of Memphis, Tenn., and J. J. Lynch, of Chattanooga, Tenn., for plaintiff in error.

G. T. Fitzhugh, of Memphis, Tenn., for defendant in error.

PER CURIAM. Judgment of District Court affirmed, with costs.

---

George GRACE v. SECURITY TRUST COMPANY, Receiver of Unique Brass Mfg. Co.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1928.

No. 4939.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Leopold D. Mayer, of Detroit, Mich., for appellant.

Goodenough, Voorhies, Long & Ryan, Butzel, Levin & Winston, and Frank C. Sibley, all of Detroit, Mich., for appellee.

PER CURIAM. Judgment of the District Court affirmed.

---

5

Jesse HICKS, Defendant Appellant, v. UNITED STATES, Plaintiff Appellee.

Circuit Court of Appeals, Fourth Circuit.
June 18, 1928.

No. 2725.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk.

R. H. Bagby, of Portsmouth, Va., for defendant appellant.

Paul W. Kear, U. S. Atty., and Alvah H. Martin, Asst. U. S. Atty., both of Norfolk, Va., for plaintiff appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

---

6

George P. HODGES v. Dean ADAMS.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1928.

No. 4992.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

C. H. Williams, of Memphis, Tenn., for plaintiff in error.

B. J. Semmes and J. S. Edmondson, both of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.